# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137350

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY JOHN KELLEY,
      Defendant-Appellant.

SC: 137350
COA: 284872
Kalamazoo CC: 2007-000178-FJ

_____/

On order of the Court, the application for leave to appeal the July 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk